# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>                 Plaintiff,<br>   v.<br><br>JOHN DOE, subscriber assigned IP address 75.133.100.13,<br><br>                 Defendant. | Civil Action No. 3:18-cv-00514-VLB |

## ORDER ON PLAINTIFF'S MOTION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT

THIS CAUSE came before the Court upon Plaintiff's Motion for Extension of Time Within Which to Effectuate Service on John Doe Defendant with a summons and Complaint (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE:  Plaintiff's Motion is granted.  Plaintiff shall have until November 19, 2018 to effectuate service of a summons and Complaint on Defendant.

SO ORDERED this _____ day of _____, 2018.


                                                                         By:_____
                                                                         **UNITED STATES DISTRICT JUDGE**